UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ALLEN HUBBARD,<br><br>     Plaintiff,<br><br>     v.<br><br>EDWARD BORLA, et al.,<br><br>     Defendants. | Case No. 25-cv-10971-TSH<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to C No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: January 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge